WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
WILLIAM B. TERRY, CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUSAN M. SIEGEL,<br><br>                    Defendant. | CASE NO.   2:17-cr-21-JCM-GWF |

**STIPULATION TO DEFER INITIAL APPEARANCE OF SUSAN SIEGEL**

IT IS HEREBY STIPULATED by and between, WILLIAM B. TERRY, ESQ., of the law offices of WILLIAM B. TERRY, CHARTERED, counsel for Defendant, SUSAN SIEGEL, and Assistant United States Attorneys DANIEL COWHIG and KILBY C. MCFADDEN, counsel for Plaintiff, UNITED STATES OF AMERICA, that the initial appearance of the Defendant Susan Siegel be deferred one week until March 29, 2017 at 3:00 p.m. by this Honorable Court.

This stipulation is entered into based on the following reasons:

1. That counsel for the Defendant, Susan Siegel, is requesting this continuance due to the following reasons:

    (a) Counsel has recently been retained to represent the Defendant in the instant action;

    (b) That the Defendant Susan Siegel has entered into a plea agreement with the United States. To avoid repeated travel, the Defendant will request the Court set her initial appearance summons for arraignment and entry of plea the day prior to the date set for her change of plea pursuant to the plea agreement;

1           and

2.    (c)    That the Defendant Susan Siegel resides out of state and will need to make arrangements to come to Las Vegas for purposes of appearing before this Honorable Court.

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to the requested continuance;

3. Counsel for the Defendant has spoken to counsel for the Plaintiff and have no objection to the requested continuance;

4. This is the first request for a continuance of the initial appearance date in this case.

DATED this  22nd  day of March, 2017.

UNITED STATES ATTORNEY          WILLIAM B. TERRY CHARTERED

 /s/   Daniel Cowhig                       /s/   William Terry
DANIEL COWHIG                            WILLIAM B. TERRY, ESQ.
Assistant United States Attorney          Nevada State Bar No. 001028
Office of the United States Attorney       530 South Seventh Street
District of Nevada                              Las Vegas, Nevada 89101
501 Las Vegas Boulevard South, #1100    Attorney for Defendant
Las Vegas, Nevada 89101                (702) 385-0799
Attorney for Plaintiff
(702) 388-6336

**ORDER**

IT IS ORDERED that the initial appearance for Defendant Susan Siegel currently scheduled for March 22, 2017, be deferred until March 29, 2017, at the hour of 3:00 p.m.

DATED this  22nd  day of March, 2017.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE