LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**Law Office of Lisa Rasmussen, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.   (702) 471-1436
Fax.   (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Defendant Susan Siegel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SUSAN SIEGEL,<br><br>            Defendant. | Case No.: 2:17-cr-0021-JCM (GWF)-7<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY; AND ORDER** |

    The undersigned, LISA A. RASMUSSEN, ESQ. of the Law Office of Lisa Rasmussen, P.C., hereby moves this Court for an Order substituting Lisa Rasmussen of the Law Office of Lisa Rasmussen as counsel for Defendant SUSAN SIEGEL in the above-entitled case.

    The undersigned, Lisa Rasmussen, does agree to the substitution of attorney in the above-entitled matter on behalf of SUSAN SIEGEL. Ms. Siegel also agrees to the substitution and her signature appears below. A separate Designation of Retained Counsel will also be filed concurrently with this Motion.

Dated: November 16, 2017.

LAW OFFICE OF LISA RASMUSSEN, P.C

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
610 South Tenth Street

Las Vegas, Nevada 89101
Telephone: 702-471-1436
Facsimile: 702-489-6619

Current counsel, William B. Terry, hereby consents to the substitution of attorney for Susan Siegel.

Dated: 11-20-17

By: _____
WILLIAM B. TERRY, ESQ.
530 South Seventh Street
Las Vegas, Nevada 89101

SUSAN SIEGEL hereby consents to the substitution of the Law Office of Lisa Rasmussen, P.C. as her counsel in the above-entitled matter.

Dated: November 17, 2017.

_____
SUSAN SIEGEL

## ORDER SUBSTITUTING COUNSEL

Upon the Motion of the Defendant, Susan Siegel, there being no opposition,

IT IS HEREBY ORDERED that Lisa Rasmussen of the Law office of Lisa Rasmussen shall be substituted as counsel for William B. Terry, on behalf of SUSAN SIEGEL, in the above-entitled case.

Dated: November 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I am an employee of the Law Office of Lisa Rasmussen and that on the 21ST day of November, 2017, I served a copy of the foregoing:

**SUBSTITUTION OF ATTORNEY**

to the following person(s), via CM/ECF, as required by local rule:

INFO@WilliamTerryLaw.com

Daniel.Cowhig@usdoj.gov

Kilby.Macfadden@usdoj.gov

Daniel.Hollingsworth@usdoj.gov

/s/ Lisa A. Rasmussen
_____
An employee of Law Office of Lisa Rasmussen

- 3 -