UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-21 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| SUSAN SIEGEL, et al., | |
| Defendant(s). | |

Presently before the court is the government's motion to enforce the forfeiture language of defendant Susan Siegel's plea agreement. (ECF No. 261).

On February 16, 2018, defendant filed a motion to withdraw her plea agreement in this case. (ECF No. 245). On April 4, 2018, defendant filed a withdrawal of her motion, noting that the parties have "resolved the issue without the necessity of additional litigation." (ECF No. 264). Therefore, the government's motion to enforce the forfeiture language of defendant's plea agreement (ECF No. 261) is moot. The court will deny the motion.

Accordingly,

IT IS SO ORDERED.

DATED April 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**