```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              APR 29 2019

          CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:17-CR-021-JCM-GWF |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| SUSAN M. SIEGEL, | |
| Defendant. | |

This Court found that Susan M. Siegel shall pay the in personam criminal forfeiture money judgment of $1,124,652 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Third Superseding Criminal Indictment, ECF No. 129; Change of Plea, ECF No. 148; Plea Agreement, ECF No. 151; Preliminary Order of Forfeiture, ECF No. 152.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $116,021.25.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Susan M. Siegel the in personam criminal forfeiture money judgment of $116,021.25, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed

///

$3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 29th day of April, 2019.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE, 2019:**

                                    /s/ Heidi L. Skillin
                                    HEIDI L. SKILLIN
                                    FSA Contractor Paralegal