NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-21-JCM-GWF-7 |
| Plaintiff, | UNITED STATES' MOTION TO STRIKE UNDER LOCAL RULE IA 11-6(a) DEFENDANT'S [451] MOTION TO RECONSIDER SENTENCING |
| vs. | |
| SUSAN M. SIEGEL, | |
| Defendant 7. | |

The United States of America, through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, moves to strike defendant's pro se filing to reconsider sentencing at ECF 451.

Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case." Further, "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *Id.*

1

Attorney Lisa Rasmussen represents Ms. Siegel in this matter.  Defendant Siegel personally filed the subject document.  The United States respectfully requests the Court strike ECF 451, defendant Siegel's filing to reconsider sentencing.

Dated: July 19, 2019

NICHOLAS A. TRUTANICH,
United States Attorney

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney

ORDER

Presently before the Court is the United States' motion to strike, ECF \_\_\_\_, filed on July 19, 2019.  The United States moves to strike defendant Siegel's pro se filing at ECF 451.  Under Local Rule IA 11-6(a), a represented party cannot personally file documents with the court.  Her attorney must make all filings.  Attorney Lisa Rassmusen represents defendant Siegel in this matter.

IT IS THEREFORE ORDERED that the United States' motion to strike, ECF \_\_\_\_, is GRANTED.  The Clerk of Court shall STRIKE defendant Siegel's pro se filing at ECF 451.

IT IS SO ORDERED July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the UNITED STATES' MOTION TO STRIKE UNDER LOCAL RULE IA 11-6(a) DEFENDANT'S [451] MOTION TO RECONSIDER SENTENCING on this date by the Electronic Case File system:

> Lisa A Rasmussen
> Law Office of Lisa Rasmussen
> 601 South 10th Street Suite 100
> Las Vegas, NV 89101
> Email: lisa@lrasmussenlaw.com
> Attorney for Susan M. Siegel

Dated: July 19, 2019

							_____//s//_____
							DANIEL J. COWHIG
							Assistant United States Attorney